

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2015

No. 04-14-00913-CV

David **MEDRANO**,
Appellant

v.

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**, Successor by Merger with
Lawyers Title Insurance Corporation, Celine Hinojosa, Barclays Capital Real Estate Inc., d/b/a
HOMEQ, as Servicing Agent for Duetsche Bank National Trust Company,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-00027
The Honorable Richard E. Price, Judge Presiding

## O R D E R

The unopposed joint motion for an extension of time to file the brief of appellees
Deutsche Bank National Trust Company and Fidelity National Title Insurance Company is
granted. We order the brief due January 8, 2016. Counsel for appellees are advised that further
extensions of time are disfavored; if the brief or a motion partially disposing of this appeal is not
filed by the date ordered, the appeal may be set for submission without a brief from these
appellees.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 9th day of December, 2015.

Keith E. Hottle
Clerk of Court